IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ANGELIA ORTEGA,<br><br>Plaintiff,<br><br>v.<br><br>MOUNTAIN AMERICA CREDIT UNION, et. al.,<br><br>Defendants. | REPORT & RECOMMENDATION<br><br>Case No. 2:23-cv-00795<br><br>District Court Howard C. Nielson Jr.<br><br>Magistrate Judge Dustin B. Pead |

On November 11, 2023, Defendant Mountain America Credit Union filed a Motion to Dismiss ("Motion") Plaintiff Angela Ortega's complaint for failure to state a claim.[1] Plaintiff failed to timely respond to the Motion, and on January 9, 2024, the Court issued an Order extending the time to respond to January 19, 2024.[2] In that Order, the Court further warned that Plaintiff's failure to file a timely response could result in the Court granting the Motion as unopposed.[3]

Plaintiff has not filed an opposition to the Motion and the time within which to do so has expired. Accordingly, the Court RECOMMENDS to the District Court that Defendant Mountain America's Motion to Dismiss be GRANTED.[4]

Copies of this Report and Recommendation are being sent to all parties, who are hereby notified of their right to object.[5] The parties must file an objection to this Report and

---

[1] ECF No. 7, Defendant Mountain America Credit Union Motion to Dismiss; Fed. R. Civ. P. 12(b)(6).

[2] ECF No. 19, Docket Text Order. The Court's Order was mailed to Plaintiff at her address of record.

[3] *Id.* ("Plaintiff's failure to do so may result in the court granting the Motion without further notice.").

[4] ECF No. 7; DUCivR 7-1(f).

[5] *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

1

Recommendation within fourteen (14) days after receiving it.[6] Failure to object may constitute a waiver of objections upon subsequent review.  *See* 28 U.S.C. §636(b)(1), Fed. R. Civ. P. 72(b).

      DATED:  January 29th, 2024.

BY THE COURT:

_____
Dustin B. Pead
U.S. Magistrate Judge

---

[6] *Id.*